**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **BRENDA SOYAPA VITANZO TROCHEZ, A#201 715 853,** | § | |
| | § | |
| | § | |
| **Petitioner,** | § | **PETITION FOR WRIT OF HABEAS CORPUS UNDER 28 U.S.C. §2241** |
| | § | |
| **vs.** | § | |
| | § | |
| **WARDEN, South Texas ICE Processing Center; ET AL.,** | § | **SA-26-CV-2595-FB** |
| | § | |
| | § | |
| **Respondents.** | § | |

**JUDGMENT**

Pursuant to this Court's Order of Dismissal, Petitioner Brenda Soyapa Vitanzo Trochez's 28 U.S.C. § 2241 Habeas Corpus Petition (ECF No. 1) is **DISMISSED WITHOUT PREJUDICE as premature.**

**IT IS SO ORDERED.**

**SIGNED** this 14th day of September, 2026.

FRED BIERY
UNITED STATES DISTRICT JUDGE